## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

| | | |
|---|---|---|
| **VICTOR LEMAR EDWARDS** | * | |
| **ADC #900595,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **Case No. 1:04CV00067 WRW/JFF** |
| | * | |
| **LINDA COLLINS,** *et al.*, | * | |
| | * | |
| **Defendants** | * | |

### ORDER of DISMISSAL

On December 5, 2005, Plaintiff filed a change of address to a private residence indicating

his release from prison (docket entry #64).  When a plaintiff proceeding *in forma pauperis* is

released from confinement, it is the Court's policy to require the Plaintiff to submit information

regarding their financial status to determine whether the plaintiff should be required to pay all, or

a portion of, the fees and costs of the lawsuit.  On April 10, 2006, the Magistrate issued an Order

(docket entry #72) directing Plaintiff to resubmit his request to proceed *in forma pauperis* to the

Court within thirty (30) days of entry of the Order.  In addition, the Magistrate directed that

Plaintiff filed a response to the Defendants' pending Motion for Summary Judgment that was

filed on March 7, 2006 (docket entry #67) also within 30 days of the entry date of the Order.

Plaintiff was advised that failure to respond to the Order would result in dismissal of the action

pursuant to Local Rule 5.5(c)(2).  Plaintiff has failed to respond, and his time for doing has now

passed.  There has been no further activity on the docket since the entry of the Court's April 10,

2006 Order.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT

PREJUDICE pursuant to Local Rule 5.5(c)(2).[1]  All pending motions are DENIED as moot.

DATED this 1st day of June, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]  Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."